Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Brushey Levelle Pugh,** ) | |
| ) | |
| **Petitioner-Defendant** ) | |
| ) | |
| vs. ) | Criminal Case Number: 19-cr-40063 |
| ) | |
| **United States of America,** ) | Civil Case Number: 21-cv-4167 |
| ) | |
| **Respondent-Plaintiff** ) | |

### JUDGMENT ON MOTION UNDER 2255

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner Pugh's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 is DENIED. The Court DECLINES to issue a certificate of appealability.

**Dated: 4/11/2023**

/AJKV/

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court